Daniel L. BROWN, Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

May 27, 2015.

## ORDER

PER CURIAM.

AND NOW, this 27th day of May, 2015, the order of the Commonwealth Court is **AFFIRMED**.